FILED / LODGED
RECEIVED / COPY
JUL 9 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ________ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**United States of America**
**v.**
**Jose Luis Medina-Encinas**

**Case Number: 26-03438CR-01-TUC-JR**

**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE**

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

X José M.E.
*Defendant's signature*

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial. X José M.E.
*Defendant's signature*

The United States consents to the jury-trial waiver:
*Government representative's signature*

AUSA
*Government representative's printed name and title*

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have 30 days to prepare for trial. X José M.E.
*Defendant's signature*

Elena M. Kay, FPD
*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: July 9, 2026

Approved by:
*Jacqueline M. Rateau, United States Magistrate Judge*